UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MASSOUD M. SHAHIDI,

          Plaintiff,

vs.                      Case No. 2:02-cv-483-FtM-33SPC

FUND ASSET MANAGEMENT, L.P.,

          Defendant,

MERRILL LYNCH GLOBAL TECHNOLOGY
FUND, INC.
          Nominal Defendant.
_____/

**ORDER**

This matter comes before the Court pursuant to Plaintiff's Motion for Suggestion of Remand (Doc. # 54), which was filed on May 26, 2006. Defendant filed a response in opposition to Plaintiff's motion (Doc. # 55) on June 12, 2006.

Plaintiff seeks a "Suggestion of Remand" requiring that this case be remanded from the Judicial Panel on Multidistrict Litigation to this Court.

As correctly argued by Defendant, Plaintiff's motion is procedurally defective because another court currently has jurisdiction over this action. On August 25, 2003, the present case was transferred to the Southern District of New York and this Court relinquished its control over the case. This Court closed

the case on December 27, 2004. (Doc. # 53). The case is presently pending before Judge John F. Keenan, United States District Judge, in the Southern District of New York.

As noted, this Court closed the case and no longer has jurisdiction over the matter. As this Court lacks jurisdiction, the motion is denied.

Accordingly, it is now

**ORDERED, ADJUDGED, and DECREED:**

(1) Plaintiff's Motion for Suggestion of Remand (Doc. # 54) is **DENIED**.

**DONE** and **ORDERED** in Ft. Myers, Florida, this <u>19th</u> day of June, 2006.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record